22

10/28/03 - Granted. *(signature)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROY SASTROM & ROBERT KALMAN<br>*Plaintiffs* | : | |
| | : | PRISONER |
| | : | CIVL ACTION NO. 3:03 CV 671 |
| | : | (DJS)(TPS) |
| v. | : | |
| | : | |
| ROBERT BERGER, JOHN RYAN, | : | |
| JANET WILLIAMS, SYLVIA CANCELA, | : | |
| SUSAN BLAIR | : | |
| *Defendants* | : | OCTOBER 3, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Pursuant to Local Rule of Civil Procedure § 7(b), the defendants, Janet Williams and Susan Blair, each move for an extension of time to respond to the plaintiff's interrogatories and request for production of documents served on the undersigned on September 7, 2003. The defendants need additional time in order to review the breadth of documents involved in this case and to meet with the state employees involved to properly respond to the discovery request.

The undersigned hereby respectfully request an extension of time of 30 days from the court's ruling on the motion for extension of time to respond to discovery.