UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2003 OCT 31 P 3:25

| ROBERT KALMAN, | : | PRISONER |
| Plaintiff, | | US DISTRICT COURT BRIDGEPORT CT |
| V. | : | Civil Action No. 3:03cv 671 (DJS) (TPS) |
| ROBERT BERGER, et al., | : | |
| Defendants, | | October 29, 2003 |

## STATEMENT OF UNDISPUTED FACTS

Pursuant to Rule 9(c) 1 of this court's Local Rules of Civil Procedure, the plaintiff Robert Kalman, submits the following list of undisputed facts that entitle him to summary judgement on his claim of denial of due process of law.

1. On January 10, 2003 defendants Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair, held a hearing pursuant to the provisions of Connecticut General Statutes, Section 17a-583.

2. On February 21, 2003 defendants Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair, issued a memorandum of decision finding that plaintiff "Robert Kalman is so violent that he requires confinement within a maximum-security setting"

3. The defendant Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair stated in the Memorandum of decision that "Further the

1

Board orders that the confinement of Robert Kalman be under maximum-security conditions."

4. Pursuant to Connecticut General Statues, Section 17a-599, defendant Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair ordered the plaintiff confined to the Whiting Forensic Institute.

5. The plaintiff is presently confined under the most restrictive setting at the Institute under conditions of maximum-security.

October 29, 2003

Respectfully submitted,

*[signature: Robt Kalen]*
Robert Kalman
Whiting Forensic Institute
P. O. Box 70 O'Brien Drive
Middletown, CT 06457-0070

## CERTIFICATION

I hereby certify that a copy of the forgoing <u>Statement of Undisputed Facts</u>, was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 29th, day of October 2003 to:

Richard J. Lynch
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

*[signature]*
Robert Kalman, Pro se,