UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 12  P 5:40
US DISTRICT COURT

| ROBERT KALMAN, | : | PRISONER |
| --- | --- | --- |
| Plaintiff, | : | |
| V. | : | Civil Action No. 3:03cv 671 (DJS) (TPS) |
| ROBERT BERGER, et al., | : | |
| Defendants, | | November 9, 2003 |

## MOTION FOR SUMMARY JUDGEMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff Robert Kalman, respectfully requests this Honorable Court to grant him summary judgement as to the liability of the defendant Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair, for declaratory relief for the denial to the plaintiff access to services, opportunities, programs and activities enjoyed by others in the least restrictive setting. The reasons therefore are set forth in the plaintiff's affidavit and brief in support of the motion.

November 9, 2003

Robert Kalman, Pro se,
Whiting Forensic Institute
P.O. Box 70 O'Brien Drive
Middletown, CT 06457 –0070

1

## CERTIFICATION

I hereby certify that a copy of the forgoing <u>Motion for Summary Judgement</u>, was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 9th, day of November 2003 to:

Richard J. Lynch
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

Robert Kalman, Pro se,