UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 12  P 4: 01

US DISTRICT COURT
HARTFORD CT

ROY SASTROM &
ROBERT KALMAN

v.

ROBERT BERGER, et al.

PRISONER
Case No. 3:03CV671(DJS)(TPS)

ORDER

Robert Kalman ("Kalman"), the only remaining plaintiff, has filed motions for leave to file copies of his mental health records under seal. The defendants have not responded to the motion.

Accordingly, the defendants are directed to file their response to Kalman's motions within **ten (10)** days from the date of this order.

**SO ORDERED** this 12th day of November, 2003, at Hartford, Connecticut.

_____
Thomas P. Smith
United States Magistrate Judge