UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROY SASTROM & ROBERT KALMAN. | : | PRISONER |
| *Plaintiffs* | : | CIVIL ACTION NO. 3:03 CV 671 |
| | : | (DJS)(TPS) |
| v. | : | |
| | : | |
| ROBERT BERGER, JOHN RYAN, | : | |
| JANET WILLIAMS, SYLVIA CANCELA, | : | |
| SUSAN BLAIR | : | |
| *Defendants* | : | November 21, 2003 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for defendants Robert Berger, John Ryan, Janet Williams, Sylvia Cancela, and Susan Blair in their official capacities only, in the above-captioned case.

The appearance is being entered in addition to Richard J. Lynch and Henry A. Salton, Assistant Attorneys General, Federal Bar Nos. ct 05764 and 07763, respectively.

Dated at Hartford, Connecticut, this 21st day of November, 2003.

                                                                        DEFENDANTS

                                                                         ROBERT BERGER, JOHN RYAN,
                                                                         JANET WILLIAMS, SYLVIA CANCELA,
                                                                         SUSAN BLAIR

                                                                         RICHARD BLUMENTHAL
                                                                         ATTORNEY GENERAL

                                         BY: _____
                                                      Kerry Anne Colson
                                                     Assistant Attorney General
                                                     Federal Bar No. CT 25241
                                                     55 Elm Street
                                                     P.O. Box 120
                                                     Hartford, CT  06141-0120
                                                     Tel: (860) 808-5020
                                                     Fax: (860) 808-5385
                                                     Kerry.Colson@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of November, 2003 to:

Robert Kalman
Whiting Forensic Division
Connecticut Valley Hospital
70 O'Brien Drive
Middletown, CT 06457

_____
Kerry Anne Colson
Assistant Attorney General

2