## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROY SASTROM & ROBERT KALMAN | : | |
| *Plaintiffs* | : | PRISONER |
| | : | CIVL ACTION NO. 3:03 CV 671 |
| | : | (DJS)(TPS) |
| v. | : | |
| | : | |
| ROBERT BERGER, JOHN RYAN, | : | |
| JANET WILLIAMS, SYLVIA CANCELA, | : | |
| SUSAN BLAIR | : | |
| *Defendants* | : | November 21, 2003 |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEAL AND PLAINTIFF'S MOTION TO SEEK ADVANCE PERMSSION TO SEAL CERTAIN EXHIBITS

The plaintiff seeks to seal certain psychiatric, psychological reports, psychological testing, psychological and psychiatric evaluations, progress notes, and other confidential miscellaneous documents from public inspection. Psychiatric treatment records are deemed confidential pursuant to Conn. Gen. Stat. § 52-146d et seq. Psychological treatment records are protected from disclosure pursuant to Conn. Gen. Stat. § 52-146c. To the extent that the plaintiff seeks to seal psychological and psychiatric records, the defendants, Robert Berger, John Ryan, Janet Williams, Sylvia Cancela, and Susan Blair, do not object to the plaintiff's above-referenced motions so long as the defendants are permitted full and unfettered use of said records in preparation of its defense. To the extent that the plaintiff seeks to seal other confidential miscellaneous documents, the defendants object on the ground that the plaintiff has not identified the nature of those documents nor has the plaintiff provided the court or

counsel with copies of those documents to determine whether public access should be denied.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:    _____
        Kerry A. Colson
        Richard J. Lynch
        Assistant Attorneys General
        Federal Bar No. CT 25241
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel: (860) 808-5210
        Fax: (860) 808-5385
        Email **Kerry.Colson@po.state.ct.us**

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Response to Plaintiff's Motion to Seal and Plaintiff's Motion to Seek Advance Permission to Seal Certain Exhibits was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of November, 2003, first class postage prepaid to:

Robert Kalman, Pro Se
Whiting Forensic Division
70 O'Brien Dr.
Middletown, CT  06457

_____
Kerry Anne Colson
Assistant Attorney General