**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROY SASTROM & ROBERT KALMAN | : | |
| *Plaintiffs* | : | PRISONER |
| | : | CIVL ACTION NO. 3:03 CV 671 |
| | : | (DJS)(TPS) |
| v. | : | |
| | : | |
| ROBERT BERGER, JOHN RYAN, | : | |
| JANET WILLIAMS, SYLVIA CANCELA, | : | |
| SUSAN BLAIR | : | |
| *Defendants* | : | November 21, 2003 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Rule of Civil Procedure § 7(b), the defendants, Robert Berger, John

Ryan, Janet Williams, Sylvia Cancela and Susan Blair, respectfully request an extension of time

to respond to the plaintiff's two motions for summary judgment filed on October 31, 2003 and

November 12, 2003.   In the present case, discovery had not been completed.   Although not

obligated to do so, the defendants have taken the liberty of preparing a draft Rule 26(f) report

and such report was submitted to the plaintiff for review on or about November 6, 2003.   The

draft Rule 26(f) report proposed that discovery be competed by May 20, 2003.   To date, the

plaintiff has not responded to the draft Rule 26(f) report and therefore such report has not yet

been filed with the court.

The undersigned hereby respectfully request an extension of time until such time as

discovery has been completed to respond to the plaintiff's two motions for summary judgment.

The plaintiff, Robert Kalman, is confined at the Whiting Forensic Division of the Connecticut Valley Hospital.[1]  This is the defendants first request for extension of time.  Counsel has not contacted the plaintiff regarding this motion for extension of time.

                                              DEFENDANTS

                                              ROBERT BERGER, JOHN RYAN,
                                              JANET WILLIAMS, SYLVIA CANCELA
                                              SUSAN BLAIR

                              BY:    RICHARD BLUMENTHAL
                                     ATTORNEY GENERAL


                                     _____
                                     Kerry Anne Colson
                                     Assistant Attorney General
                                     Federal Juris No. ct 25241
                                     55 Elm Street
                                     P.O. Box 120
                                     Hartford, CT  06141-0120
                                     Kerry.Colson@po.state.ct.us
                                     Tel:  (860) 808-5210
                                     Fax: (860) 808-5385

---

[1] On July 28, 2003, the court dismissed all claims asserted by plaintiff Roy Sastrom for failure to file a complete application to proceed in forma pauperis.

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing *Motion for Extension of Time to Respond to Plaintiff's Motions for Summary Judgment* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on the 21st day of  November  2003, first class postage prepaid to:

> Robert Kalman
> Whiting Forensic Division
> 70 O'Brien Dr.
> Middletown, CT 06457

_____

Kerry Anne Colson
Assistant Attorney General