UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| ROBERT KALMAN, PRO SE | : | PRISONER |
| --- | --- | --- |
| *Plaintiff,* | | 2003 DEC -3 P 12: 13 |
| V. | : | Civil Action No. 3: 03cv 671 (DJS) (TPS) |
| ROBERT BERGER, et al., | : | |
| *Defendants,* | | November 28, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY

Pursuant to Local Rule Sec, 7(b), of Civil Procedure pro se, plaintiff Robert Kalman, respectfully requests this Honorable Court to grant him an extension to respond to Defendants Motion To Stay Discovery.

On November 24, 2003, defendant Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair served on the plaintiff a motion to stay discovery. The plaintiff needs additional time to respond and file other responsive pleading in opposition.

Defendant's motion to stay is now pending court decision. The plaintiff has no access to a law library, he is confined to a maximum-security psychiatric facility by order of the defendants, and defendants are in possession of the facts, they ordered plaintiff confined. Plaintiff, Robert Kalman hereby respectfully requests an extension of time of 20 days from the court's ruling on this motion. This is the first motion for extension of

time in this matter; plaintiff has not contacted the defendants' regarding this motion.

November 28, 2003

Respectfully submitted,
ROBERT KALMAN, PRO SE

Robert Kalman
Whiting Forensic Institute
P.O. Box 70 O'Brien Drive
Middletown, CT 06457 -0070
Tel: (860) 346 – 9408

## CERTIFICATION

I hereby certify that a copy of the forgoing Motion, was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 28th, day of November 2003 to:

Richard J. Lynch
Assistant Attorney General

Henry A. Salton
Assistant Attorney General

Kerry A. Colson
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

Robert Kalman