UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -3  P 5:59
US DISTRICT COURT

| ROBERT KALMAN, | : | PRISONER |
| *Pro Se, Plaintiff,* | | |
| V. | : | Civil Action No. 3: 03cv671 (DJS) (TPS) |
| ROBERT BERGER, et al., | : | |
| *Defendants,* | | November 29, 2003 |

### PLAINTIFF'S OBJECTION TO DEFENDANTS MOTION FOR EXTENSION OF TIME UNTIL DISCOVERY HAS BEEN COMPLETED TO RESPOND TO MOTIONS FOR SUMMARY JUDGEMENT

Undersigned pro se, plaintiff Robert Kalman hereby objects to the defendants Motion For Extension Of Time To Respond To Plaintiff's Motion's For Summary Judgements. This is the plaintiff's first Objection to a Motion For Extension Of Time submitted by defendants in this action.

Robert Kalman hereby respectfully submits the attached Memorandum Of Law In Support of his Objection to defendants request to seek "extension of time until such time as discovery has been completed to respond to plaintiff's two motions for summary judgement." The plaintiff has not contacted the defendants regarding this Objection.

1

DATED: November 29, 2003

Respectfully Submitted

*Robert Kalman*
Robert Kalman, Pro se
Whiting Forensic Institute
P.O. Box 70 O'Brien Dr.
Middletown, CT 06457

## CERTIFICATION

I hereby certify that a copy of the forgoing <u>Objection To Defendants Motion For Extension Of Time</u>, was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 29th, day of November 2003 to:

Richard J. Lynch
Assistant Attorney General

Henry A. Salton
Assistant Attorney General

Kerry Anne Colson
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

*Robert Kalman*
Robert Kalman, Pro se,
Whiting Forensic Institute