UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT KALMAN, PRO SE | : | PRISONER |
| *Plaintiff,* | | |
| V. | : | Civil Action No. 3: 03cv 671 (DJS) (TPS) |
| ROBERT BERGER, et al., | : | |
| *Defendants,* | | November 29, 2003 |

FILED
2003 DEC -3 P 5:59
US DISTRICT COURT

## SUBMISSION AND ANSWER

Upon the Order of the Court, defendant Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair, responded 11/21/03 and served a Response to Plaintiff's Motion To Seal & Motion To Seek Advance Permission To Seal Certain Exhibits.

Undersigned pro se, plaintiff has no objection to defendants' request for "full and unfettered use of said records in preparation...." Moreover, plaintiff will provide defendants with Certified copies of his medical records that he is seeking court permission to seal in advance. Additionally, to this motion plaintiff appended thereto hereby incorporated for identification all documents that he wishes to seal in advance. Plaintiff respectfully prays the Honorable Court to grant the Motion Seal In Advance. Plaintiff has not contacted the defendants' regarding this submission and answer.

1

## MEDICAL RECORDS DOCUMENTS

1. RISK ASSESSMENT, from Whiting Forensic Institute

2. DISCHARGE SUMMARY, from Whiting Forensic Institute

3. C.V.H., PROGRESS NOTES, from Whiting Forensic Institute

4. (NEURO) PSYCHOLOGICAL ASSESSMENT, from Whiting Forensic Institute

5. CLINICAL SUMMARY & CASE FORMULATION, Whiting Forensic Institute

November 29, 2003

Respectfully submitted,
ROBERT KALMAN, PRO SE

Robert Kalman
Whiting Forensic Institute
P.O. Box 70 O'Brien Drive
Middletown, CT 06457 -0070
Tel: (860) 346 – 9408

## CERTIFICATION

I hereby certify that a copy of the forgoing Motion, was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 29th, day of November 2003 to:

Richard J. Lynch, A.A.G.

Henry A. Salton, A. A. G

Kerry A. Colson, A.A.G.
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

Robert Kalman