<strong>UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT</strong>

| | | |
|---|---|---|
| ROY SASTROM & ROBERT KALMAN | : | |
|    *Plaintiffs* | : | PRISONER |
| | : | CIVL ACTION NO. 3:03 CV 671 |
| | : | (DJS)(TPS) |
| v. | : | |
| | : | |
| ROBERT BERGER, JOHN RYAN, | : | |
| JANET WILLIAMS, SYLVIA CANCELA, | : | |
| SUSAN BLAIR | : | |
|    *Defendants* | : | December 3, 2003 |

## MOTION TO DISMISS

     The defendants, Robert Berger, John Ryan, Janet Williams, Sylvia Cancela, and Susan Blair, hereby respectfully move pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss the plaintiff complaint herein on the basis of abstention. The plaintiff currently has pending in the Connecticut Superior Court an administrative appeal involving the same issues. A copy of said administrative appeal is attached hereto and made a party here of as Exhibit "A".

                                             RICHARD BLUMENTHAL<br>
                                             ATTORNEY GENERAL

BY: _____
       Kerry A. Colson
       Richard J. Lynch
       Assistant Attorneys General
       Federal Bar No. CT 25241
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel: (860) 808-5210
       Fax: (860) 808-5385
       Email **Kerry.Colson@po.state.ct.us**

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on December 3, 2003, first class postage prepaid to:

Robert Kalman, Pro Se
Whiting Forensic Division
70 O'Brien Dr.
Middletown, CT  06457

_____
Kerry Anne Colson
Assistant Attorney General