UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROY SASTROM & ROBERT KALMAN | : | |
| *Plaintiffs* | : | PRISONER |
| | : | CIVIL ACTION NO. 3:03 CV 671 |
| | : | (DJS)(TPS) |
| v. | : | |
| | : | |
| ROBERT BERGER, JOHN RYAN, | : | |
| JANET WILLIAMS, SYLVIA CANCELA, | : | |
| SUSAN BLAIR | : | |
| *Defendants* | : | December 18, 2003 |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY

The defendants, Robert Berger, John Ryan, Janet Williams, and Sylvia Cancela, do not object to the plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Stay Discovery. The defendants are filing this response to clarify the plaintiff's representation in his motion for extension of time that he does not have access to a law library at Whiting Forensic Institute ("Whiting"), a maximum-security mental health facility operated by the Department of Mental Health and Addiction Service to which the plaintiff is confined.

Contrary to the plaintiff assertion, there is a law library at Whiting, which the plaintiff has access to. If the law library at Whiting does not have the information sought by the plaintiff, personnel at Whiting will contact the Middletown Superior Court Law Library, which will provide copies of the requested information generally within 24 hours of receipt of such a request. A review of the plaintiff recently filed "Objection to Defendants Motion for Extension of Time Until Discovery has been

Completed to Respond to Motions for Summary Judgment" indicates that the plaintiff indeed has had access to the law library based on the plethora of legal authority cited in his motion.

        **DEFENDANTS**
        **ROBERT BERGER**
        **JOHN RYAN**
        **JANET WILLIAMS**
        **SYLVIA CANCELA**
        **SUSAN BLAIR**

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        Richard J. Lynch
        Assistant Attorney General

BY: _____
        Kerry A. Colson
        Assistant Attorney General
        Federal Bar No. 25241
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5210
        Fax: (860) 808-5385
        Kerry.Colson@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Defendants' Response to Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Stay Discovery* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of December, 2003 first class postage prepaid to:

Robert Kalman, Pro Se
Whiting Forensic Division
70 O'Brien Dr.
Middletown, CT  06457

_____
Kerry A. Colson
Assistant Attorney General