**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | | |
|---|---|---|
| **ROBERT KALMAN, PRO SE** | : | PRISONER |
| *Plaintiff,* | | 2003 DEC 22 P 2: 50 |
| V. | : | Civil Action No. 3:03cv 671 |
| | | (DJS) (TPS) |
| **ROBERT BERGER, et al.,** | : | |
| *Defendants,* | | December 12, 2003 |

## PLAINTIFF'S MOTION IN OPPOSITION AND OBJECTION
## TO DFENDANTS MOTION TO DISMISS

The plaintiff hereby objects to the defendants <u>Motion To Dismiss</u> the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on the basis of abstention.   Plaintiff asserts before the Court that abstention is inappropriate because defendants' argument is unsupported and fails to mention many of the undisputed facts, and repeatedly mischaracterize the statutory framework of the Psychiatric Security Review Board.

Moreover, plaintiff asserts before the Court that abstention is inappropriate because he is not seeking to enjoin pending state proceedings,  abstention does not apply to this case,  the legal issues in the State proceedings are distinct. The reasons therefore are set forth in the plaintiff's Declaration and Memorandum of Law in Opposition to defendants Motion to Dismiss.

ROBERT KALMAN
PRO SE, PLAINTIFF
Respectfully submitted,

Robert Kalman, Pro Se
Whiting Forensic Institute
P. O. Box 70 O' Brien Dr
Middletown, CT 06457
Tel: (860) 346 9408

1

## CERTIFICATION

I hereby certify that a copy of the forgoing <u>Objection To Defendants Motion To Dismiss & Exhibit's</u> were mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 16, day of December 2003 to:

Richard J. Lynch
Assistant Attorney General

Henry A. Salton
Assistant Attorney General

Kerry Anne Colson
Assistant Attorney General

55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

Robert Kalman, Pro se,
Whiting Forensic Institute