**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROY SASTROM & ROBERT KALMAN | : | |
| *Plaintiffs* | : | PRISONER |
| | : | CIVL ACTION NO. 3:03 CV 671 |
| | : | (DJS)(TPS) |
| v. | : | |
| | : | |
| ROBERT BERGER, JOHN RYAN, | : | |
| JANET WILLIAMS, SYLVIA CANCELA, | : | |
| SUSAN BLAIR | : | |
| *Defendants* | : | DECEMBER 31, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF
## TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Local Rule of Civil Procedure § 7(b), the defendants move for an extension of time to file a reply brief to the plaintiff's objection to the defendants' motion to dismiss filed with the court on December 18, 2003.   Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7(d) of the Local Rules of Civil Procedure, defendants' reply brief is due on January 5, 2004.   Counsel for the defendants has been out of the office due to the holiday season and needs additional time to respond to the plaintiff's objection to the motion to dismiss. Accordingly, the defendants hereby respectfully request an extension of time to January 15, 2004 to file a reply brief.

The plaintiff, Robert Kalman, is confined at the Whiting Forensic Division of the Connecticut Valley Hospital.

This is the defendants' first extension of time. Counsel has not contacted the plaintiff regarding this motion for extension of time.

DEFENDANTS

ROBERT BERGER, JOHN RYAN,
JANET WILLIAMS, SYLVIA CANCELA
SUSAN BLAIR

BY:    RICHARD BLUMENTHAL
ATTORNEY GENERAL


_____
Kerry Anne Colson
Assistant Attorney General
Federal Juris No. ct25241
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Kerry.Colson@po.state.ct.us
Tel:  (860) 808-5210
Fax: (860) 808-5385

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing Motion for Extension of Time to File a Reply Brief t Plaintiff's Objection to Defendant's Motion to Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on the 31st day of December 2003, first class postage prepaid to:


Robert Kalman
Whiting Forensic Division
70 O'Brien Dr.
Middletown, CT 06457


_____
Kerry Anne Colson
Assistant Attorney General