

# STATE OF CONNECTICUT
PSYCHIATRIC SECURITY REVIEW BOARD



DEFENDANT'S EXHIBIT
CASE NO. 3:03CV671
EXHIBIT NO. A

# MEMORANDUM

TO:   Stephen Sedensky, Supervisory Assistant State's Attorney
      Glenn M. Conway, Attorney at Law
      Peter L. Brown, Assistant Attorney General
      Michael I. Lah, Ph.D., Connecticut Valley Hospital
      Marilyn Smith-Cotterell, LCSW, Whiting Forensic Division
      DMHAS Conditional Release Service Unit
      Robert Kalman

FROM: Robert B. Berger, Esquire, Chairman
      Psychiatric Security Review Board

DATE: January 16, 2004

RE:   *Robert Kalman Hearing*

The Board has received an application for the transfer of Robert Kalman to a less restrictive hospital setting filed by the Whiting Forensic Division of Connecticut Valley Hospital. This matter will be added to Mr. Kalman's hearing regarding the matter of Application for Conditional Release, which is scheduled for Friday, January 23, 2004 at 11:30 a.m.

If you have any questions, please call the Psychiatric Security Review Board office at (860) 566-1441.

01/16/2004 14:16 FAX 860 566 1425      PSRB → ATTORNEY GENERAL  ☒002
01/16/2004 FRI 11:14 FAX 860 2  9969   cvh executive office  ☒002/004
Case 3:03-cv-00670-DJS   Document 48-2   Filed 01/21/2004   Page 2 of 3



# STATE OF CONNECTICUT
## *DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES*
### CONNECTICUT VALLEY HOSPITAL
### WHITING FORENSIC DIVISION

**DEFENDANT'S EXHIBIT**
CASE NO. 3:03 CV 671
EXHIBIT NO. B

RECEIVED JAN 16 2004 PSYCHIATRIC SECURITY REVIEW BOARD

November 13, 2003

Psychiatric Security Review Board
505 Hudson Street, 1st Floor
Hartford, Connecticut 06107-7107

Re:    KALMAN, Robert
MPI#:  132638
PSRB #: 0291

Dear Members of the Board,

In accordance with Connecticut General Statutes Section 17a-599 the following report on the mental condition of the above-named acquittee is submitted. Mr. Robert Kalman was found not guilty by reason of mental disease or defect of the crimes of Illegal Possession of Explosives, Risk of Injury [two counts] and Failure to Appear, First Degree and was committed to the Department of Mental Health and Addiction Services at the Whiting Forensic Division on October 30, 2001. He was committed to the jurisdiction of the Psychiatric Security Review Board on September 25, 2002, for a period not to exceed 35 years. The last report to the Board was dated October 23, 2003, and the hearing before the Board was held on January 10, 2003.

This is an addendum to the PSRB report dated October 23, 2003. There has been no interval change in Mr. Kalman's mental status or hospital course.

The treatment team presented Mr. Kalman to the Forensic Review Committee for consideration of transfer to the enhanced security unit of the Dutcher Service. On November 10, 2003, the Consulting Forensic Psychiatrist, Dr. Paul Amble, met with Mr. Kalman to assess appropriateness of this transfer. Dr. Amble stated that Mr. Kalman was somewhat evasive about personal information but eventually provided most of the information requested. He also stated that Mr. Kalman did not present a significant risk for AWOL. The Forensic Review Committee recommended that Mr. Kalman complete the Hare Psychopathy Checklist (H-PCL). Mr. Kalman was not willing to get the testing done by Whiting psychologists as he stated he did not trust them. Mr. Kalman stated that he would get the test done by an outside psychologist after the team informed the Psychiatric Security Review Board about the request for the H-PCL. He stated that if the Board required him to do the test then he would do so.

On December 8, 2003, the Forensic Review Committee discussed Mr. Kalman's case again. Mr. Kalman's stance with regard to the H-PCL was noted. It was decided that he could be safely transferred to the enhanced security setting of the Dutcher Service, but that he would need to be monitored further for those areas of his condition where he was evasive. It was recommended

01/16/2004 14:17 FAX 860 566 1425    PSRB → ATTORNEY GENERAL   ☒003
01/16/2004 FRI 11:14 FAX 860 2(  )5989 cvh executive office                   ☒004/004
Case 3:03-cv-00671-DJS    Document 48-2    Filed 01/21/2004    Page 3 of 3

Psychiatric Security Review Board                     Page 2 of 2
Re: KALMAN, Robert                                    November 13, 2003

that Mr. Kalman's evasiveness should be a significant focus of his Master Treatment Plan and that he should be required to complete the Hare Psychopathy Checklist after his transfer to Dutcher.

Therefore, it is the opinion of the hospital that Robert Kalman is an acquittee who has psychiatric disabilities to the extent that he should continue to be hospitalized. It is further the hospital's opinion that Mr. Kalman cannot at this time be adequately controlled with available supervision on conditional release from the hospital or be discharged from the Psychiatric Security Review Board as he would constitute a danger to himself of others. It is respectfully recommended that the Board consider Mr. Kalman to be an appropriate candidate for transfer to the enhanced security setting of the Dutcher Service of the Whiting Forensic Division of Connecticut Valley Hospital.

Respectfully submitted,

*Sabita Rathi*

Sabita Rathi, M.D.
Attending Psychiatrist

Reviewed by:

Mark S. Cotterell, M.D.                               Garrell S. Mullaney
Forensic Monitor                                      Chief Executive Officer
Whiting Forensic Division                             Connecticut Valley Hospital
Connecticut Valley Hospital

SR/scm