UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 23  A 10: 29

| | |
|---|---|
| ROY SASTROM & ROBERT KALMAN : | PRISONER |
| *Plaintiffs* : | CIVIL ACTION NO. 3:03 CV 671 |
| : | (DJS)(TPS) |
| v. : | |
| : | |
| ROBERT BERGER, JOHN RYAN, : | |
| JANET WILLIAMS, SYLVIA CANCELA, : | |
| SUSAN BLAIR : | |
| *Defendants* : | January 22, 2004 |

## DEFENDANTS' AMENDED SUR-REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

The defendants hereby respectfully submit this amended sur-reply brief to inform the Court that an application to transfer the plaintiff to a less restrictive setting has recently been filed with the Psychiatric Security Review Board ("PSRB") by the Whiting Forensic Division of Connecticut Valley Hospital. Currently, the PSRB was scheduled to hold a hearing on the plaintiff's application for conditional release on January 23, 2004. On January 16, 2004, the Whiting Forensic Division of Connecticut Valley Hospital filed with the PSRB an application to transfer the plaintiff to Dutcher Services, a less restrictive setting at Whiting Forensic Division of Connecticut Valley Hospital. (Exhibits A and B.) This matter was added to the plaintiff's January 23, 2004 hearing regarding conditional release. On January 21, 2004, counsel for the plaintiff requested a continuance of the hearing until mid March, 2004. (Exhibit C.) The PSRB granted the plaintiff's continuance request. (Exhibit D.) A hearing notice will be sent to all parties when a reschedule date has been selected. (Exhibit D.)

As noted by the defendants' in their January 9, 2004 response filed with the Court, the plaintiff has an adequate means of addressing his federal ADA and 14th

amendment claims before the PSRB at the conditional release and transfer hearing. Decisions subsequent to Younger have made clear that the same concerns of federalism and comity warrant abstention where state administrative proceedings, like the one at issue here, are ongoing. Doe v. State of Connecticut, Department of Health Services, et al., 75 F.3d 81, 85 (2d Cir. 1996). The defendants raised this as an additional ground for the Court to grant its motion to dismiss.

In conclusion, the defendants' respectfully request that the Court abstain from hearing the plaintiff's claims for relief because an important state interest is at stake involving two ongoing state proceedings in which the plaintiff has an adequate opportunity to raise his alleged constitutional and federal statutory violations. If the Court assumes jurisdiction over the plaintiff's claims, the two pending state proceedings would be rendered moot and the proper role of the PSRB and Connecticut Judiciary would be usurped. Based on the foregoing reasons, the defendants' respectfully request that the court grant its motion to dismiss.

**DEFENDANTS ROBERT BERGER, JOHN RYAN, JANET WILLIAMS, SYLVIA CANCELA, and SUSAN BLAIR**

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Kerry A. Colson, AAG
Richard J. Lynch, AAG
Federal Bar No. 25241
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Kerry.Colson@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Defendants' Amended Sur-Reply In Support of Defendants' Motion to Dismiss* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 22nd day of January, 2004 first class postage prepaid to:

Robert Kalman, Pro Se
Whiting Forensic Division
70 O'Brien Dr.
Middletown, CT 06457

Kerry A. Colson
Assistant Attorney General

# STATE OF CONNECTICUT

PSYCHIATRIC SECURITY REVIEW BOARD



## MEMORANDUM

TO:     Stephen Sedensky, Supervisory Assistant State's Attorney
Glenn M. Conway, Attorney at Law
Peter L. Brown, Assistant Attorney General
Michael I. Lah, Ph.D., Connecticut Valley Hospital
Marilyn Smith-Cotterell, LCSW, Whiting Forensic Division
DMHAS Conditional Release Service Unit
Robert Kalman

FROM:     Robert B. Berger, Esquire, Chairman
Psychiatric Security Review Board

DATE:     January 16, 2004

RE:     *Robert Kalman Hearing*

---

The Board has received an application for the transfer of Robert Kalman to a less restrictive hospital setting filed by the Whiting Forensic Division of Connecticut Valley Hospital. This matter will be added to Mr. Kalman's hearing regarding the matter of Application for Conditional Release, which is scheduled for Friday, January 23, 2004 at 11:30 a.m.

If you have any questions, please call the Psychiatric Security Review Board office at (860) 566-1441.

# STATE OF CONNECTICUT
## DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES
### CONNECTICUT VALLEY HOSPITAL
### WHITING FORENSIC DIVISION



DEFENDANT'S EXHIBIT
CASE NO. 3:03CV671
EXHIBIT NO. B

RECEIVED JAN 16 2004 PSYCHIATRIC SECURITY REVIEW BOARD

November 13, 2003

Psychiatric Security Review Board
505 Hudson Street, 1st Floor
Hartford, Connecticut 06107-7107

Re:      KALMAN, Robert
MPI#:    132638
PSRB #:  0291

Dear Members of the Board,

In accordance with Connecticut General Statutes Section 17a-599 the following report on the mental condition of the above-named acquittee is submitted. Mr. Robert Kalman was found not guilty by reason of mental disease or defect of the crimes of Illegal Possession of Explosives, Risk of Injury [two counts] and Failure to Appear, First Degree and was committed to the Department of Mental Health and Addiction Services at the Whiting Forensic Division on October 30, 2001. He was committed to the jurisdiction of the Psychiatric Security Review Board on September 25, 2002, for a period not to exceed 35 years. The last report to the Board was dated October 23, 2003, and the hearing before the Board was held on January 10, 2003.

This is an addendum to the PSRB report dated October 23, 2003. There has been no interval change in Mr. Kalman's mental status or hospital course.

The treatment team presented Mr. Kalman to the Forensic Review Committee for consideration of transfer to the enhanced security unit of the Dutcher Service. On November 10, 2003, the Consulting Forensic Psychiatrist, Dr. Paul Amble, met with Mr. Kalman to assess appropriateness of this transfer. Dr. Amble stated that Mr. Kalman was somewhat evasive about personal information but eventually provided most of the information requested. He also stated that Mr. Kalman did not present a significant risk for AWOL. The Forensic Review Committee recommended that Mr. Kalman complete the Hare Psychopathy Checklist (H-PCL). Mr. Kalman was not willing to get the testing done by Whiting psychologists as he stated he did not trust them. Mr. Kalman stated that he would get the test done by an outside psychologist after the team informed the Psychiatric Security Review Board about the request for the H-PCL. He stated that if the Board required him to do the test then he would do so.

On December 8, 2003, the Forensic Review Committee discussed Mr. Kalman's case again. Mr. Kalman's stance with regard to the H-PCL was noted. It was decided that he could be safely transferred to the enhanced security setting of the Dutcher Service, but that he would need to be monitored further for those areas of his condition where he was evasive. It was recommended

P. O. Box 70 O'Brien Drive, Middletown, CT 06457
An Equal Opportunity Employer

Psychiatric Security Review Board
Re: KALMAN, Robert

Page 2 of 2
November 13, 2003

that Mr. Kalman's evasiveness should be a significant focus of his Master Treatment Plan and that he should be required to complete the Hare Psychopathy Checklist after his transfer to Dutcher.

Therefore, it is the opinion of the hospital that Robert Kalman is an acquittee who has psychiatric disabilities to the extent that he should continue to be hospitalized. It is further the hospital's opinion that Mr. Kalman cannot at this time be adequately controlled with available supervision on conditional release from the hospital or be discharged from the Psychiatric Security Review Board as he would constitute a danger to himself of others. It is respectfully recommended that the Board consider Mr. Kalman to be an appropriate candidate for transfer to the enhanced security setting of the Dutcher Service of the Whiting Forensic Division of Connecticut Valley Hospital.

Respectfully submitted,

*Sabita Rathi*

Sabita Rathi, M.D.
Attending Psychiatrist

Reviewed by:

Mark S. Cotterell, M.D.
Forensic Monitor
Whiting Forensic Division
Connecticut Valley Hospital

Garrell S. Mullaney
Chief Executive Officer
Connecticut Valley Hospital

SR/som

# KNIGHT, CONWAY & CERRITELLI, L.L.C.
### ATTORNEYS AT LAW
7-9 ELM STREET, 2ND FLOOR LEFT
NEW HAVEN, CONNECTICUT 06510

TARA L. KNIGHT
GLENN M. CONWAY
E. GREGORY CERRITELLI*

*ALSO ADMITTED IN NEW YORK

TELEPHONE: (203) 624-6115
FAX: (203) 624-4791
Email kniconlaw@aol.com

PARALEGAL
SANDRA L. DUDAREVITCH

DEFENDANT'S EXHIBIT
CASE NO. 3:03 CV 671
EXHIBIT NO. C

January 21, 2004

PSRB
505 Hudson Street, 1st Floor
Hartford, CT 06107-7107

Re:     Robert Kalman
MPI#    132638
PSRB#   0291

Dear PSRB:

I am writing to confirm my unavailability for Mr. Kalman's hearing on January 23, 2004. I will be available in the middle of March. Please take this into consideration when rescheduling the matter. Thank you for your cooperation.

Very truly yours,

Glenn M. Conway



# STATE OF CONNECTICUT
PSYCHIATRIC SECURITY REVIEW BOARD



DEFENDANT'S EXHIBIT
CASE NO. 3:03CV671
EXHIBIT NO. D

# MEMORANDUM

TO: Richard Palombo, Supervisory Assistant State's Attorney
Glenn M. Conway, Attorney at Law
Peter L. Brown, Assistant Attorney General
Kerry Colson, Assistant Attorney General
Michael I. Lah, Ph.D., Connecticut Valley Hospital
Marilyn Smith-Cotterell, LCSW, Whiting Forensic Division
DMHAS Conditional Release Service Unit
Robert Kalman

FROM: Robert B. Berger, Esquire, Chairman
Psychiatric Security Review Board

DATE: January 22, 2004

RE: *Continuance - Robert Kalman Hearing*

At the request of counsel, the hearing for Robert Kalman regarding the matters of Conditional Release and Transfer to a Less Restrictive Hospital Setting has been continued to a date not yet set. Hearing notices will be sent to all concerned parties when a date is set. If you have any questions, please call the Psychiatric Security Review Board office at (860) 566-1441.