UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| ROBERT KALMAN, PRO SE | : | PRISONER 2004 FEB -3 P 3: 39 |
|---|---|---|
| *Plaintiff,* | | |
| V. | : | Civil Action No. 3:03cv671 |
| | | (DJS) (TPS)  BRIDGEPORT |
| ROBERT BERGER, et al., | : | |
| *Defendants,* | | January 30, 2004 |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' TWO SUR-REPLY BRIEFS IN SUPPORT OF THEIR MOTION TO DISMISS

The Plaintiff Robert Kalman hereby objects to defendant's two Sur-Reply Briefs submitted January 20, 2004 and January 22, 2004, in support of the Motion to Dismiss. The plaintiff is also submitting this response to clarify the defendants' representation in their two Sur-Reply Brief's. As argued below, the plaintiff objects to defendant's Sur-Reply Brief's for the following reasons:

1) Defendants enjoy what may be termed a *presumption of correctness* as they use there strategic position to take advantage over the claim;

2) Defendants presentation in the Sur-Reply Briefs' is riddled with inconsistencies;

3) Even if plaintiff succeeds in establishing an error in the ruling of the defendants in confining him the error may not warrant reversal on appeal if the error has been rectified by a subsequent ruling;

4) The plaintiff properly asserts a claim of invasion of legally-protected interests which are (a) concrete and particularized, (b) actual and imminent, not conjectural or hypothetical;

5) Defendants arguments in the Sur-Reply Brief's is in conflict with the content of the Exhibits attached;

1

6) Contrary to defendant's argument this Honorable Court has the authority and discretion to exercise its jurisdiction;

ACCORDINGLY, the Honorable Court should not entertain defendants' Sur-Reply Brief and the Amended Sur-Reply Brief.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
ROBERT KALMAN

By: *[signature]*
Robert Kalman
Whiting Forensic Institute
P. O. Box 70 O' Brien Dr
Middletown, CT 06457

## CERTIFICATION

I hereby certify that a copy of the forgoing OBJECTION TO DEFENDANTS TWO SUR-REPLY BRIEF'S IN SUPPORT OF THE MOTION TO DISMISS was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 30th day of January 2004 to:

Richard J. Lynch
Assistant Attorney General

Henry A. Salton
Assistant Attorney General

Kerry Anne Colson
Assistant Attorney General

55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

*[signature]*
Robert Kalman, Pro se,
Whiting Forensic Institute

2