UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROY SASTROM
ROBERT KALMAN

                              PRISONER
    v.                 Case No.   3:03cv671 (DJS)

ROBERT BERGER
JOHN RYAN
JANET WILLIAMS
SYLVIA CANCELA
SUSAN BLAIR

## J U D G M E N T

This cause came on for consideration on the defendants' motion to dismiss before the Honorable Dominic J. Squatrito, United States District Judge.

On July 28, 2003, the court filed its order dismissing all claims filed by defendant Sastrom. The court has considered the motion and all related papers. On February 10, 2004, the Court filed its Ruling on Defendants' Motion to Dismiss granting the motion and directing the Clerk to enter judgment and close this case.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is dismissed.

Dated at Bridgeport, Connecticut this 18th of February, 2004.

                                                  KEVIN F. ROWE, Clerk
                                                  By   /s/ Donna P. Thomas
                                                      Donna P. Thomas
                                                      Deputy Clerk

Entered on the Docket _____